# IN THE SUPREME COURT OF THE STATE OF NEVADA

JESSE JAMES FEEHAN-JONES,
                                    Appellant,
                    vs.
THE STATE OF NEVADA,
                                    Respondent.

No. 72088

FILED

FEB 17 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to join state sentence concurrent with related federal sentence. Second Judicial District Court, Washoe County; Janet J. Berry, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Janet J. Berry, District Judge
       Jesse James Feehan-Jones
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk

Supreme Court
OF
Nevada

(O) 1947A

17-05765